IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:08-CV-00160-D

| | |
|---|---|
| SANOFI-AVENTIS and ) <br> SANOFI-AVENTIS U.S. LLC ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> SYNTHON HOLDING BV ) <br> SYNTHON BV, SYNTHON ) <br> PHARMACEUTICALS, INC. and ) <br> SYNTHON LABORATORIES, INC. ) <br> ) <br> Defendants. ) <br> ) <br> ) | **ORDER** |

This matter comes before the Court upon Plaintiffs' Motion for Leave to File Joint Status Report Under Seal. For good cause shown, the instant Motion is granted and Plaintiffs are given leave to file under seal the Joint Status Report.

DONE AND ORDERED in Chambers at Raleigh, North Carolina this the 17 day of December, 2010.

The Honorable James C. Dever III
United States District Judge